UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT ALABAMA - EASTERN DIVISION

| In re: | ) | Bankruptcy Case No. |
|---|---|---|
|  | ) |  |
| JERRY WAYNE LAWSON, | ) | 21-40992 JJR 7 |
|  | ) |  |
| Debtor. | ) | Chapter 7 |

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Code §11347 and Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim # | Name & Last Known Address | Amount of Dividend |
|---|---|---|
| (surplus) | Jerry Wayne Lawson<br>c/o Ralph K Strawn<br>Strawn & Robertson LLC<br>2401 Rainbow Drive<br>Gadsden, AL 35901 | $30,811.43 |

*Reason: Not cashed within 90 days*

_____

**TOTAL REMITTED TO COURT: $30,811.43**

RESPECTFULLY SUBMITTED,

Date: May 13, 2024

/s/ Rocco J Leo
ROCCO J. LEO, TRUSTEE
700 Century Park South, Suite 222
Birmingham, AL 35226
Telephone: (205) 879-0000
Facsimile: (205) 879-9281
Email: rleo@leoandoneal.com

Page two
Report of Unclaimed Funds
RE: Debtor: Jerry Wayne Lawson
BK Case No. 21-40992 JJR 7

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2024, I served a copy of the above and foregoing on all parties listed below by:

_x_  Using the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, system which will send notification of such to the following:

    Ralph K Strawn
    Attorney for Debtor, Jerry Wayne Lawson
    rstrawn@srlawfirm.comcastbiz.net
    Strawn & Robertson LLC
    2401 Rainbow Drive
    Gadsden, AL 35901

    Max C. Pope, Jr.
    Attorney for Trustee
    Max@maxpopejr.com
    2067 Columbiana Road Suite 101
    Birmingham, Alabama 35216

    Robert J. Landry, III
    Assistant Bankruptcy Administrator
    robert_landry@alnba.uscourts.gov
    U.S. Bankruptcy Administrator's Office
    1100 Gurnee Avenue
    Anniston, AL 36201

___  Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

                        /s/ Rocco J Leo
                        Rocco J. Leo, Trustee